IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

MAY 2 6 2017

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>THE PREMISES LOCATED AT<br>JBM Financial Services/Group, 6201 Leesburg Pike,<br>Suite 405, Falls Church, VA 22044 ("JBM Office") | Case No. 1:17-SW-279<br><br>**Filed Under Seal** |

## ORDER TO SEAL

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the search warrant, the application for search warrant, the affidavit in support of the search warrant, the Motion to Seal, and proposed Order in this matter; and

The COURT, having considered the government's submissions, including the facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the search warrant, application for search warrant, affidavit in support of the search warrant, Motion to Seal, and this Order be sealed until further Order of the Court.

/s/
Theresa Carroll Buchanan
United States Magistrate

The Honorable Theresa C. Buchanan
United States Magistrate Judge

Date: 5/26/17
Alexandria, Virginia