AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No.    1:17-SW-279 |
| | ) |
| THE PREMISES LOCATED AT | ) |
| JBM Financial Services/Group, 6201 Leesburg Pike, | ) |
| Suite 405, Falls Church, VA 22044 ("JBM Office") | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Virginia_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 8, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____The Honorable Theresa C. Buchanan_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: _____5/26/17    12:00_____     _____/s/ Theresa Carroll Buchanan_____
                                                                                    *Judge's signature*

City and state: _____Alexandria, VA_____     _____Theresa C. Buchanan, U.S. Magistrate Judge_____
                                                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:**<br>**1:17-SW-279** | **Date and time warrant executed:**<br>05/31/2017   Approx 7:00AM | **Copy of warrant and inventory left with:**<br>At Business On Table |
| **Inventory made in the presence of :**<br>SA Failing | | |
| **Inventory of the property taken and name of any person(s) seized:** | | |

SEE ATTACHED 16 PAGE INVENTORY

JRF
05/31/2016

| **Certification** |
|---|

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: 6/7/17

_____
*Executing officer's signature*

MICHAEL WIEBER   SPECIAL AGENT
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT<br>JBM Financial Services/Group, 6201<br>Leesburg Pike, Suite 405, Falls Church, VA<br>22044 ("JBM Office") | Case No. 1:17-SW-279<br><br><br>**Under Seal** |

## **ATTACHMENT A**
## **LOCATION TO BE SEARCHED**

The premises to be searched is the office suite for JBM Financial Services/Group, which is located in Suite 405 at 6201 Leesburg Pike, Falls Church, VA 22044, which is further described as a four-story multi-occupant commercial structure with a tan exterior, dark windows and white trim. The structure has north and east parking lots on the same level as the first floor. The structure also has west and south parking lots on the same level with the second floor.

The structure has a south entrance on the second floor that is open to the general public. Entry to Suite 405 is made by entering the south entrance of the building and taking the elevator or stairs to the fourth floor. Suite 405 is further located in the north wing on the fourth floor. Suite 405 is clearly marked "JBM Financial Group Suite 405". JBM Financial Group is located behind this door.

Pictures of the office building in which Suite 405 is located and the front of Suite 405 are shown in the pictures below.

1



View of North East Corner

View of South West Corner





View of Office Entrance labeled Suite 405

View of door labeled Suite 408



Building directory showing JBM is Suite 405

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PREMISES LOCATED AT<br>JBM Financial Services/Group, 6201<br>Leesburg Pike, Suite 405, Falls Church, VA<br>22044 ("JBM Office") | Case No. 1:17-SW-279<br><br><br>**Under Seal** |

## ATTACHMENT B
### ITEMS TO BE SEIZED

The items to be seized consist of the following fruits, instrumentalities, and evidence of illegal activity, for the time period January 1, 2007 to present, relating to violations of Title 26, United States Code, Section 7206(2) (Aiding or assisting in the preparation of fraudulent tax returns), Title 18, United States Code, Section 371 (Conspiracy to defraud the United States), and Title 18, United States Code, Section 1343 (Wire fraud), Title 18, United States Code, Section 1956 and 1957 (Money Laundering), and Title 18, United States Code, Section 1028(a)(7) (Identity Theft), including but not limited to the following:

1.      Records, documents, and materials relating to federal or state tax preparation and reference materials to include but not limited to: copies of the IRS Tax code, IRS Publications, materials from tax-related seminars or courses, and any correspondence relating to IRS forms or IRS statutes or regulations, and tax schedules;

2.      Records of any current, past or attempted registrations or certifications held or sought by Jose Benjamin Manlapaz, JBM Financial Services/Group ("JBM") and/or current or former employees of JBM, including but not limited to: registration for electronic filing

1

("EFIN"), internal compliance checks or visits by the IRS to JBM, tax preparer identification numbers ("PTIN"), or certified acceptance agent ("CAA") applications, paperwork or compliance information for ITINs.

3.      Records, documents, and materials relating to the training of employees of JBM Financial Services/Group, or Jose Benjamin Manlapaz to include but not limited to: manuals, templates, internal memos, meeting notes, instructions, and directives.

4.      Retained copies of client tax returns and files as well as back-up documentation to all client tax returns (including for businesses or entities owned/controlled by clients) prepared by Jose Benjamin Manlapaz and/or JBM to include but not limited: federal and state tax returns, together with all forms, schedules and attachments that accompany those tax returns, client questionnaires, copies of client-provided documents, email correspondence with employees or the taxpayer/client, draft returns, internal memos or invoices, print-outs from JBM databases or records showing dates of preparation, data entry and identity of preparer(s).

5.      Records, documents, and materials related to the preparation of all client tax returns to include: documentation from clients, documentation for deductions, forms provided to Jose Benjamin Manlapaz and/or JBM by clients or other third parties to prepare tax returns, client questionnaires and worksheets;

6.      Records, documents, and materials showing receipt of payment from clients to include but not limited to: receipts, receipt books, journals, credit card transaction/merchant account information, Quickbooks or other internal software, or ledgers whether hardcopy or electronic;

7.      Records, documents, and materials showing correspondence between Jose Benjamin Manlapaz and/or JBM, and tax clients or federal/state tax authorities related to tax

preparation, tax accounting or tax, audits, IRS letters requesting documentation or other tax matters whether civil or criminal;

8.    Records, documents, and materials related to agreements between Jose Benjamin Manlapaz or JBM Financial Services/Group and current or former employees, contractors or interns to include but not limited to: employee contracts, payment records, timesheets, ledgers, payroll, personnel files, records of trainings, certifications held by employees, severance agreements, Forms 1099 or W-2, employment tax returns for JBM or any related entities including Forms 940 and 941 or state employment tax returns;

9.    Records, documents, and materials related to the compensation of Jose Benjamin Manlapaz and/or the control, ownership or profits/gross receipts earned by JBM to include but not limited to: articles of incorporation, financial records, bank account records, receipts, ledgers, cash receipt books, statements, bank books, checkbooks, journals, wire information, and payroll records;

10.    Records, documents, and materials reflecting names, addresses, or telephone numbers of tax business associates or clients to include but not limited to: telephone books, address books, mailing/holiday gift lists, or other items reflecting names or other identifying information;

11.    Records, documents, or other materials reflecting summary sheets, commission logs and payments logs that assist in identifying co-conspirators and JBM clients, as well as the roles of different individuals within JBM and related entities, to include but not limited to organization charts, workflow information, log-in or access records to the server or databases maintained by JBM, such as for the data entry.

12.   Records showing the role and responsibilities of JBM employees, interns or associates in the Philippines, including but not limited to emails, chats, documents or files (hardcopy or electronic).

13.   Records related to the preparation and submission of Forms W-7, ITINs and their use by JBM, Jose Ben Manlapaz and/or clients of JBM, including but not limited to instruction manuals, lists of clients, correspondence with the IRS, client files, copies of applications, correspondence regarding the submission/approval or denial.

14.   Records related to any audits, letters from federal or state tax authorities, or submissions on behalf of JBM, Jose Ben Manlapaz or clients of JBM, including but not limited to internal correspondence among JBM employees, draft responses, supporting documents, and records showing the origin/source of any supporting documentation, including records that may identify the creator of such items.

15.   Cash or any cash equivalents, including foreign currency.

16.   Any records of cash deposits, wires or electronic transmission, including those made by or on behalf of JBM or Jose Ben Manlapaz, such as by third parties, to include but not limited to transactions in the name of third parties.

17.   Any records of foreign bank accounts in which JBM, related entities or Jose Ben Manlapaz has an interest, ownership or otherwise exercises control, including accounts held in the Philippines and any documentation related to the opening of such accounts, account balances, nominees, access, use or control of such accounts, or related to the filing of reports (or failure to file) with the U.S. Treasury regarding such foreign assets, including FBARs, documentation regarding the requirements for filing FBARs, or evidence of research regarding the FBAR requirement or clemency programs related to failure to file such reports.

4

18.     Any records to currency transaction reporting requirements, including with respect to foreign or domestic wire transactions.

19.     Any back-up or archived copies of JBM records, to include databases of past returns, past employee files or emails, or other records regarding the historic ownership or control of JBM and internal policies/procedures for preparing tax returns.

20.     Any records related to the criminal investigation of JBM or Jose Manlapaz or similar criminal tax investigations, including but not limited to materials from the U.S. Attorney's Office for the Eastern District of Virginia, copies or records of research conducted regarding criminal tax violations/penalties, or internal reviews of client files.

21.     Data contained in cell phones or similar electronic devices, including but not limited the address book (Contacts), calendar, call logs, photographs and videos, audio files, tasks, GPS data, internet data, chat logs, e-mail, SMS (Text) and MMS messages, voicemail contained on the device, memos, notes, and documents or other electronic files listed above.

The above paragraphs, 1 through 21, include all the foregoing items of evidence in whatever form and by whatever means such materials, their drafts, or their modifications may have been created or stored, including any handmade form (such as writing); any photocopies; any mechanical form (such as printing, or typing); any electrical, electronic, or magnetic form or data (such as any information on an electronic or magnetic storage device as further described below).

The terms "records," "documents," and "materials" include all of the following items of evidence in whatever form and by whatever means such records, documents, or materials, their drafts, or their modifications may have been created and stored, to include: any handmade form (such as writing or drawing with any implement on any surface, directly or indirectly); and

photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion

pictures, photocopies); any mechanical form (such as phonograph records, printing, or typing);

and any electrical, electronic, or magnetic form (such as tape recordings, cassettes, compact

discs, hard drives or drives, CD-ROMs, optical discs, printer buffers, smart cards, memory

calculators, electronic dialers, Bernoulli drives, cellular telephones, personal digital assistants

(PDAs), smart phones or electronic notebooks, as well as printouts or readouts from any

magnetic storage device).

    13.    Items and the content of items related to electronic devices that are capable of

storing, analyzing, creating, displaying, converting or transmitting electronic or magnetic

computer impulses or data that is contained in this warrant. These devices include:

    a.    Computers, computer components, computer peripherals, modems, monitors, printers, plotters, copiers, fax machines, optical scanners, external hard drives, and other computer related electronic devices;

    b.    Instructions or programs stored in the form of electronic or magnetic media which are capable of being interpreted by a computer or related components. The items to be seized include operating systems, application software, utility programs, and other programs of software used to communicate with computer hardware or peripherals; information and/or data stored in the form of magnetic or electronic coding on computer media or on media capable of being read by a computer or with the aid of computer related equipment. This media includes floppy disks, diskettes, fixed hard disks, removable hard disk cartridges, flash "thumb" drives and similar devices, tapes, video cassettes, and any other media which is capable of storing magnetic coding;

    c.    Digital cameras and digital camera storage cards;

    d.    Cellular telephones, PDAs, tablets, and other smart phones and their storage cards;

    e.    Passwords, encryption keys, and other access devices that may be necessary to access the above devices or media; and

    f.    Written or printed material that provides instructions or examples concerning the operation of any of the above devices, media, or software.

# Inventory Listing of All Items Seized at Search Warrant Site

| | | |
|---|---|---|
| **Site Name:** | **Investigation Number:** | **Report Date:** |
| JMB Office | 1000255325 | Wednesday, May 31, 2017 |
| | **Starting Date and Time:** | |
| 6102 Leesburg Pike, Suite 405 | 05/31/2017 08:04 AM | |
| | **Ending Date and Time:** | |
| | 05/31/2017 02:52 PM | |

---

| **Control #:** | 1 | | **Evidence Box:** | 1 |
|---|---|---|---|---|
| **Location:** | Office 3 (Storage) | | **Locator Code:** | |
| **Found:** | Table 1 | | | |
| **Description:** | Seized per Warrant | Client files | | |
| | | IRS Letter - Response | | |
| | | Invoice - Jang 2017 | | |
| | | Employee Time Cards | | |
| | | Lopez Guerroro Return 2015 | | |
| | | Immigration Files | | |
| | | Employee Business Cards Fuel tickets | | |

---

| **Control #:** | 2 | | **Evidence Box:** | 2 |
|---|---|---|---|---|
| **Location:** | Office 3 (Storage) | | **Locator Code:** | |
| **Found:** | Box on the floor | | | |
| **Description:** | Seized per Warrant | Client financial records | | |
| | | Client files | | |
| | | Client invoices | | |
| | | Valdez retirn 2009 | | |

---

| **Control #:** | 3 | | **Evidence Box:** | 3 |
|---|---|---|---|---|
| **Location:** | Office 1 | | **Locator Code:** | |
| | Office 1 | | | |
| **Found:** | Table 3 | | | |
| **Description:** | Seized per Warrant | Client files | | |

---

| **Control #:** | 4 | | **Evidence Box:** | 4 |
|---|---|---|---|---|
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | Hallway Top of Cabinet | | | |
| **Description:** | Seized per Warrant | Client Files | | |
| | | PCS 2011-2014 | | |

---

| **Control #:** | 5 | | **Evidence Box:** | 5 |
|---|---|---|---|---|
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | Hallway Top of Cabinet | | | |
| **Description:** | Seized per Warrant | Client Files | | |
| | | Douglas Linares 2007-2011 | | |

---

| | | | |
|---|---|---|---|
| **Control #:** | 6 | **Evidence Box:** | 6 |
| **Location:** | Hallway | **Locator Code:** | |
| **Found:** | Hallway Top of Cabinet | | |
| **Description:** | Seized per Warrant | Client Files<br>Sammy's Auto Care | |

| | | | |
|---|---|---|---|
| **Control #:** | 7 | **Evidence Box:** | 7 |
| **Location:** | Office 7 | **Locator Code:** | |
| **Found:** | Under desk | | |
| **Description:** | Seized per Warrant | Antec Desktop label JBM-FC-03 with Power cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 8 | **Evidence Box:** | 7 |
| **Location:** | Office 6 | **Locator Code:** | |
| **Found:** | Under Desk | | |
| **Description:** | Seized per Warrant | Antec Desktop Label JBM -FC-03 | |

| | | | |
|---|---|---|---|
| **Control #:** | 9 | **Evidence Box:** | 7 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | Under desk | | |
| **Description:** | Seized per Warrant | Antec Desktop w/o label, no power cord | |

| | | | |
|---|---|---|---|
| **Control #:** | 10 | **Evidence Box:** | 7 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | Connetcted to the computer under desk | | |
| **Description:** | Seized per Warrant | Black external hard drive | |

| | | | |
|---|---|---|---|
| **Control #:** | 11 | **Evidence Box:** | 7 |
| **Location:** | Office 7 | **Locator Code:** | |
| **Found:** | in 4 draw cabinet, second from the bottom | | |
| **Description:** | Seized per Warrant | HP Loptop model 15-G023CL<br>S/N 3CE5120G08 | |

| | | | |
|---|---|---|---|
| **Control #:** | 12 | **Evidence Box:** | 7 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | Cabinet drawer | | |
| **Description:** | Seized per Warrant | 500 GB hard drive s/n WMC3F0459433<br>1 TB HARD DRIVE S/N 9VP3A6VS\<br>1000 GB HARD DRIVE S/N 9TE1KT97<br>1000 GB HARD DRIVE S/ 9TE1M8A8<br>64GB SOLID DRIVE S/N O17111012000320<br>120 GB SOLID DRIVE S/N S21TNWAG201363W<br>250 GB SOLID DRIVE S/N S21NNXAG359396L<br>480GB SOLID DRIVES/N S1RFNWAF703295M<br>1 GREEN THUMB DRIVE WITH GOLD COVER<br>PAPER LIST OF STAFF EMAIL AND PASSWORDS | |

| Control #: | 13 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 2 (Subject's) | Locator Code: | |
| Found: | Cabinet Drawer | | |
| Description: | Seized per Warrant   Wonder Works thumb drive | | |

| Control #: | 14 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On the floor | | |
| Description: | Seized per Warrant   Antec Desktop 1 Label JBM-FC-02 | | |

| Control #: | 15 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On the floor | | |
| Description: | Seized per Warrant   Antec Desktop 2, Label JBM-FC-04 | | |

| Control #: | 16 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On the floor | | |
| Description: | Seized per Warrant   Antec 3 w/o label, | | |

| Control #: | 17 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On the floor | | |
| Description: | Seized per Warrant   Antec Desktop 4 w/o label | | |

| Control #: | 18 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On the floor | | |
| Description: | Seized per Warrant   Antec Desktop 5 - JBM - FC-14 | | |

| Control #: | 19 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | In desk drower to the immediate right | | |
| Description: | Seized per Warrant   Loptop Asus Model x540S S/N G7N0GR00762427A | | |

| Control #: | 20 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 1 | Locator Code: | |
| | Office 1 | | |
| Found: | On desk immediate right | | |
| Description: | Seized per Warrant   PNY Attache thumb drive | | |

| Control #: | 21 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 7 | Locator Code: | |
| Found: | in 4 draw cabinet, second from the bottom | | |
| Description: | Seized per Warrant    Asus loptop Model x540S<br>s/n FBN0WU221264485 | | |

| Control #: | 22 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 7 | Locator Code: | |
| Found: | In desk drower to the immediate right | | |
| Description: | Seized per Warrant    ASUS LOPTOP MODEL X540S S/N G6N0GR03R205264 | | |

| Control #: | 23 | Evidence Box: | 7 |
|---|---|---|---|
| Location: | Office 7 | Locator Code: | |
| Found: | in 4 draw cabinet, second from the bottom | | |
| Description: | Seized per Warrant    ASUS LOPTOP MODEL X540S S/N G7N0GR00J88027E<br>ASUS LOPTOP MODEL X540S S/N G4N0GR01H44914H<br>ASUS LOPTOP MODEL X540S S/N G7N0GR008595276 | | |

| Control #: | 24 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Office 5 | Locator Code: | |
| Found: | ON DESK | | |
| Description: | Seized per Warrant    JBM OFFICE PROCEDURES<br>FEDERAL AND STATE 2016 UPDATES- POWERPOINT<br>SLIDES<br>IRS LOCATION PRINTOUT<br>VOICEMAIL HANDWRITTEN SHEET<br>LENG LENG INC CLIENT FILES<br>12/01/2016 STAFF MEETING NOTES<br>2017 POST CLOSING CHECKLIST | | |

| Control #: | 25 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Office 7 | Locator Code: | |
| Found: | FILE CABINET | | |
| Description: | Seized per Warrant    CLIENT FILES<br>SHEET ENTITLED "RETIRED FILES"<br>ADVERTISEMENT<br>COUNTY OF FAIRFAX LETTERS<br>FOLDERS WITH 1098-T FOR DIFFERENT PEOPLE<br>FOLDERS WITH CHARITABLE CONTRIBUTIONS FOR<br>DIFFERENT PEOPLE<br>FOLDERS WITH MEDICAL EXPENSES FOR DIFFERENT<br>PEOPLE<br>GENERAL OFFICE MEETING NOTES FOR 2/18/16 | | |

| Control #: | 26 | Evidence Box: | 8 |
|---|---|---|---|
| Location: | Conferrence room | Locator Code: | |
| Found: | ON DESK | | |
| Description: | Seized per Warrant    JBM FINACIAL BILLINGS DISCLOSURE<br>CLIENT NOTES | | |

| **Control #:** | 27 | | **Evidence Box:** | 8 |
|---|---|---|---|---|
| **Location:** | Kitchen | | **Locator Code:** | |
| **Found:** | FLOOR CABINETS AND WALL | | | |
| **Description:** | Seized per Warrant | PRODUCTIVITY REPORT<br>BOOKKEEPING CLIENT LIST<br>EMAIL | | |

| **Control #:** | 28 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | FILE CABINET | | | |
| **Description:** | Seized per Warrant | OLD EMPLOYEE TIMESHEETS<br>VARIOUS RECEIPTS<br>INVOICES AND RECEIPTS<br>MEETING NOTES | | |

| **Control #:** | 29 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | FILE CABINET | | | |
| **Description:** | Seized per Warrant | 2017 JAN AND MAY PAYMENT LOG<br>BANK DEPOSIT LOG<br>CLIENT LOG<br>PAYROLL LOG | | |

| **Control #:** | 30 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | DESK DRAWER | | | |
| **Description:** | Seized per Warrant | bILLING DISCLOSURE<br>IRS FORMS 9465<br>OFFICE FLOOR PLAN<br>IRS RESPONSE, RETURN CAMPUS 2014<br>FORM W-7 ALEXANDER 2016<br>COPY REQUEST FORM<br>MANLAPAZ- CREDIT CARD STATEMENT, WELLS FARGO<br>APPLICATION, WELLS FARGO STATEMENTS, BANK OF<br>AMERICA<br>INVOICES - MICRO CENTER, COX, VISTA PRINT, STATE<br>CORPORATION COMM<br>MECKLENBURG COUNTY, NON-DISCLOSURE<br>AGREEMENT, EMPLOYEE TIME CARDS | | |

| **Control #:** | 31 | | **Evidence Box:** | 9 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | FILING CABINET | | | |
| **Description:** | Seized per Warrant | WELLS FARGO WIRE TRANSFERS<br>IRS CORRESPONDENCE<br>VA EMPLOYMENT COMMISSION PAYROLL REPORTS<br>VA DEP OF TAXATION CORRESPONDENCE<br>IRS VITA CERTIFICATION<br>2014 W-2 - BEN MANLAPAZ | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 32 | | **Evidence Box:** | 9 |
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | DESK | | | |
| **Description:** | Seized per Warrant | PAYROLL RECORDS<br>CLIENT FILS | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 33 | | **Evidence Box:** | 10 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 34 | | **Evidence Box:** | 7 |
| **Location:** | Office 2 (Subject's) | | **Locator Code:** | |
| **Found:** | TWO DRAW FILING CABINET | | | |
| **Description:** | Seized per Warrant | EMTEC THUMB DRIVE S/N Z1467 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 35 | | **Evidence Box:** | 12 |
| **Location:** | Office 2 (Subject's) | | **Locator Code:** | |
| **Found:** | ON THE TOP OF DESK AND BUNDERS<br>FROM WALL | | | |
| **Description:** | Seized per Warrant | FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 36 | | **Evidence Box:** | 13 |
| **Location:** | Office 2 (Subject's) | | **Locator Code:** | |
| **Found:** | BOTTOM DRAWER SIVER/GRAY FILE<br>CABINET | | | |
| **Description:** | Seized per Warrant | MISC FILES<br>USCIS FILES<br>LENG FAMILY | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 37 | | **Evidence Box:** | 14 |
| **Location:** | Waiting room | | **Locator Code:** | |
| **Found:** | Cabinet drawer | | | |
| **Description:** | Seized per Warrant | 07-10 EXPRESS<br>PERSONNEL TRAINING BINDERS<br>EMPLOYEE NOTES<br>CALL LOGS FROM CLIENTS | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 38 | | **Evidence Box:** | 11 |
| **Location:** | Office 2 (Subject's) | | **Locator Code:** | |
| **Found:** | ON TOP OF FILE CABINET | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 39 | **Evidence Box:** | 15 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | TOP DRAWER SIVER/GRAY FILE CABINET | | |
| **Description:** | Seized per Warrant    CLIENT FILES<br>W-2's<br>OTHER DOCS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 40 | **Evidence Box:** | 16 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | TOP OF FILING CABINET | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 41 | **Evidence Box:** | 17 |
| **Location:** | Office 7 | **Locator Code:** | |
| **Found:** | FILE CABINET | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 42 | **Evidence Box:** | 18 |
| **Location:** | Office 1<br>Office 1 | **Locator Code:** | |
| **Found:** | ON DESK | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 43 | **Evidence Box:** | 19 |
| **Location:** | Office 1<br>Office 1 | **Locator Code:** | |
| **Found:** | Table 3 | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 44 | **Evidence Box:** | 20 |
| **Location:** | Hallway | **Locator Code:** | |
| **Found:** | TOP OF FILE CABINET | | |
| **Description:** | Seized per Warrant    LA ROSETTA 2015 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 45 | **Evidence Box:** | 21 |
| **Location:** | Office 1<br>Office 1 | **Locator Code:** | |
| **Found:** | Table 3 | | |
| **Description:** | Seized per Warrant    CLIENT FILES<br>JBM FINANCIAL GROUP OFFICE MANUAL | | |

| | | | |
|---|---|---|---|
| **Control #:** | 46 | **Evidence Box:** | 22 |
| **Location:** | Hallway | **Locator Code:** | |
| **Found:** | TOP OF FILE CABINET | | |
| **Description:** | Seized per Warrant    LENG FAMILY INC | | |

| Control #: | 47 | | **Evidence Box:** | 23 |
|---|---|---|---|---|
| **Location:** | Office 7 | | **Locator Code:** | |
| **Found:** | DESK | | | |
| **Description:** | Seized per Warrant | NOTES , LOGS, BETTER BUSINESS COMPLAIN, TIMESHEET, JBM COMPANY DIRECTORY, MONEY/RECORD RECEIPTS, STAFF MEETING NOTES, PROMISSORY NOTES | | |

| Control #: | 48 | | **Evidence Box:** | 24 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | FILE CABINET | | | |
| **Description:** | Seized per Warrant | COPIES OF INVOICES | | |

| Control #: | 49 | | **Evidence Box:** | 25 |
|---|---|---|---|---|
| **Location:** | Office 1 Office 1 | | **Locator Code:** | |
| **Found:** | TABLE 3 | | | |
| **Description:** | Seized per Warrant | CLEINT FILES | | |

| Control #: | 50 | | **Evidence Box:** | 26 |
|---|---|---|---|---|
| **Location:** | Office 6 | | **Locator Code:** | |
| **Found:** | DESK DRAWER | | | |
| **Description:** | Seized per Warrant | COPIES OF INVOICE | | |

| Control #: | 51 | | **Evidence Box:** | 27 |
|---|---|---|---|---|
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | Hallway Top of Cabinet | | | |
| **Description:** | Seized per Warrant | SOUP AND TACO, NOVAKIDS, LA ROSETTA, 2013, 2016 | | |

| Control #: | 52 | | **Evidence Box:** | 28 |
|---|---|---|---|---|
| **Location:** | Office 1 Office 1 | | **Locator Code:** | |
| **Found:** | TABLE 3 | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| Control #: | 53 | | **Evidence Box:** | 29 |
|---|---|---|---|---|
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | ROOM E - HALLWAY TOP OF FILE CABINET | | | |
| **Description:** | Seized per Warrant | LENG LENG 2016 | | |

| Control #: | 54 | | **Evidence Box:** | 30 |
|---|---|---|---|---|
| **Location:** | Office 1 Office 1 | | **Locator Code:** | |
| **Found:** | TABLE 3 | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| Control #: | 55 | | Evidence Box: | 101 |
|---|---|---|---|---|
| Location: | Office 1<br>Office 1 | | Locator Code: | |
| Found: | TABLE 3 | | | |
| Description: | Seized per Warrant | CLIENT FILES | | |

| Control #: | 56 | | Evidence Box: | 31 |
|---|---|---|---|---|
| Location: | Office 1<br>Office 1 | | Locator Code: | |
| Found: | TABLE 3 | | | |
| Description: | Seized per Warrant | CLIENT FILES | | |

| Control #: | 57 | | Evidence Box: | 32 |
|---|---|---|---|---|
| Location: | Hallway | | Locator Code: | |
| Found: | TOP OF FILE CABINET | | | |
| Description: | Seized per Warrant | GONZALEZ - CLIENT FILES | | |

| Control #: | 58 | | Evidence Box: | 33 |
|---|---|---|---|---|
| Location: | Hallway | | Locator Code: | |
| Found: | TOP OF CABINET | | | |
| Description: | Seized per Warrant | CLIENT FILES - MARK WILSON 2012, 806 RESTAURANT | | |

| Control #: | 59 | | Evidence Box: | 34 |
|---|---|---|---|---|
| Location: | Hallway | | Locator Code: | |
| Found: | HALLWAY TOP OF CABINET | | | |
| Description: | Seized per Warrant | CLIENT FILES - NELSON BASA 2010 | | |

| Control #: | 60 | | Evidence Box: | 35 |
|---|---|---|---|---|
| Location: | Hallway | | Locator Code: | |
| Found: | HALLWAY TOP OF CABINET | | | |
| Description: | Seized per Warrant | CLIENT FILES - SOUP AND TACO 2016 AND 2015 | | |

| Control #: | 61 | | Evidence Box: | 36 |
|---|---|---|---|---|
| Location: | Office 1<br>Office 1 | | Locator Code: | |
| Found: | TABLE 3 | | | |
| Description: | Seized per Warrant | CLIENT FILES | | |

| Control #: | 62 | | Evidence Box: | 37 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ROOM H | | | |
| Description: | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 63 | **Evidence Box:** | 38 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 64 | **Evidence Box:** | 39 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | SUPPLY ROOM | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 65 | **Evidence Box:** | 40 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | SUPPLY ROOM | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 66 | **Evidence Box:** | 41 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    CLIENT FILES 2016 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 67 | **Evidence Box:** | 42 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ROOM H | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 68 | **Evidence Box:** | 43 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ROOM H | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 69 | **Evidence Box:** | 44 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    CLIENT FILES 2016 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 70 | **Evidence Box:** | 45 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 71 | **Evidence Box:** | 46 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ROOM H | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| Control #: | 72 | | Evidence Box: | 47 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ON FLOOR | | | |
| Description: | Seized per Warrant | CLIENT FILES 2016 | | |

| Control #: | 73 | | Evidence Box: | 48 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ON FLOOR | | | |
| Description: | Seized per Warrant | CLIENT FILES 2016 | | |

| Control #: | 74 | | Evidence Box: | 49 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ON FLOOR | | | |
| Description: | Seized per Warrant | CLIENT FILES 2016 | | |

| Control #: | 75 | | Evidence Box: | 50 |
|---|---|---|---|---|
| Location: | Office 7 | | Locator Code: | |
| Found: | DESK | | | |
| Description: | Seized per Warrant | INVOICES AND RECEIPTS - JBM FINANCIAL | | |

| Control #: | 76 | | Evidence Box: | 51 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ON FLOOR | | | |
| Description: | Seized per Warrant | 2016 CLIENT FILES | | |

| Control #: | 77 | | Evidence Box: | 52 |
|---|---|---|---|---|
| Location: | Office 2 (Subject's) | | Locator Code: | |
| Found: | FILING CABINET | | | |
| Description: | Seized per Warrant | CLIENT FILES | | |

| Control #: | 78 | | Evidence Box: | 53 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ROOM H | | | |
| Description: | Seized per Warrant | 2016 CLIENT FILES | | |

| Control #: | 79 | | Evidence Box: | 54 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ROOM H | | | |
| Description: | Seized per Warrant | 2016 CLIENT FILES | | |

| Control #: | 80 | | Evidence Box: | 55 |
|---|---|---|---|---|
| Location: | Supply room | | Locator Code: | |
| Found: | ROOM H | | | |
| Description: | Seized per Warrant | CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 81 | | **Evidence Box:** | 56 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILS 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 82 | | **Evidence Box:** | 57 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ROOM H  . | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 83 | | **Evidence Box:** | 58 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ROOM H | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 84 | | **Evidence Box:** | 59 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILES 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 85 | | **Evidence Box:** | 60 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ROOM H | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 86 | | **Evidence Box:** | 61 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 87 | | **Evidence Box:** | 62 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ROOM H | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 88 | | **Evidence Box:** | 63 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILES 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 89 | | **Evidence Box:** | 64 |
| **Location:** | Office 2 (Subject's) | | **Locator Code:** | |
| **Found:** | ROOM C | | | |
| **Description:** | Seized per Warrant | FILING CABINET - CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 90 | **Evidence Box:** | 65 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | ROOM C | | |
| **Description:** | Seized per Warrant    FILING CABINETS - FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 91 | **Evidence Box:** | 66 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | ROOM C | | |
| **Description:** | Seized per Warrant    FILING CABINET | | |

| | | | |
|---|---|---|---|
| **Control #:** | 92 | **Evidence Box:** | 67 |
| **Location:** | Office 2 (Subject's) | **Locator Code:** | |
| **Found:** | ROOM C | | |
| **Description:** | Seized per Warrant    FILING CABINET - FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 93 | **Evidence Box:** | 68 |
| **Location:** | Office 1 | **Locator Code:** | |
| | Office 1 | | |
| **Found:** | DESK 2 | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 94 | **Evidence Box:** | 69 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    CLIENT FILES 2016 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 95 | **Evidence Box:** | 70 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ROOM H | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILS | | |

| | | | |
|---|---|---|---|
| **Control #:** | 96 | **Evidence Box:** | 71 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ROOM H | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 97 | **Evidence Box:** | 72 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | UNDER TABLE | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 98 | **Evidence Box:** | 73 |
| **Location:** | Office 1 | **Locator Code:** | |
| | Office 1 | | |
| **Found:** | DESK 2 | | |
| **Description:** | Seized per Warrant    CLIENT FILES - NOTES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 99 | | **Evidence Box:** | 74 |
| **Location:** | Office 7 | | **Locator Code:** | |
| **Found:** | DESK | | | |
| **Description:** | Seized per Warrant | INVOICES AND RECEIPTS | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 100 | | **Evidence Box:** | 75 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 101 | | **Evidence Box:** | 76 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLINET FILES 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 102 | | **Evidence Box:** | 77 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON TABLE | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 103 | | **Evidence Box:** | 78 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON TABLE | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 104 | | **Evidence Box:** | 79 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 105 | | **Evidence Box:** | 80 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILES - 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 106 | | **Evidence Box:** | 81 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILES 2016 | | |

| | | | | |
|---|---|---|---|---|
| **Control #:** | 107 | | **Evidence Box:** | 82 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | 2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 108 | **Evidence Box:** | 83 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    CLIENT FILES 2016 | | |

| | | | |
|---|---|---|---|
| **Control #:** | 109 | **Evidence Box:** | 84 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2017 CLIENTS FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 110 | **Evidence Box:** | 85 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 111 | **Evidence Box:** | 86 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 112 | **Evidence Box:** | 87 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 113 | **Evidence Box:** | 88 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 114 | **Evidence Box:** | 89 |
| **Location:** | Supply room | **Locator Code:** | |
| **Found:** | ON FLOOR | | |
| **Description:** | Seized per Warrant    2016 CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 115 | **Evidence Box:** | 90 |
| **Location:** | Hallway | **Locator Code:** | |
| **Found:** | CABINET A-A | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| | | | |
|---|---|---|---|
| **Control #:** | 116 | **Evidence Box:** | 91 |
| **Location:** | Hallway | **Locator Code:** | |
| **Found:** | CABINET B-C | | |
| **Description:** | Seized per Warrant    CLIENT FILES | | |

| **Control #:** | 117 | | **Evidence Box:** | 92 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET D-E | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 118 | | **Evidence Box:** | 93 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET F-I | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 119 | | **Evidence Box:** | 94 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET J-J | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 120 | | **Evidence Box:** | 95 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET J-M | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 121 | | **Evidence Box:** | 96 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET M-N | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 122 | | **Evidence Box:** | 97 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET O-R | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 123 | | **Evidence Box:** | 98 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET R-S | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 124 | | **Evidence Box:** | 99 |
| **Location:** | Hallway | | **Locator Code:** | |
| **Found:** | CABINET T-XYZ | | | |
| **Description:** | Seized per Warrant | CLIENT FILES | | |

| **Control #:** | 125 | | **Evidence Box:** | 100 |
| **Location:** | Supply room | | **Locator Code:** | |
| **Found:** | ON FLOOR | | | |
| **Description:** | Seized per Warrant | CLIENT FILES 2016 | | |