IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
OCT 19 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: THE PREMISES LOCATED AT JBM Financial Services/Group, 6201 Leesburg Pike, Suite 405, Falls Church, VA 22044 ("JBM Office") | Case No. 1:17-SW-279<br><br>**Under Seal** |

## ORDER

Upon Motion of the United States of America to unseal (1) the application for search warrant in this matter, (2) the affidavit in support of search warrant, and (3) its motion for unsealing, for the purpose of their disclosure to the defense in *United States v. Jose Manlapaz*, 1:17-CR-115;

The Court finds that the interests of justice require that the application, affidavit, and the government's motion be unsealed for such purpose; therefore

IT IS ORDERED that the government's motion is granted;

IT IS FURTHER ORDERED that the application for search warrant, the affidavit in support of search warrant, and the motion for unsealing be unsealed for purpose of their disclosure to the defendant and his counsel in *United States v. Jose Manlapaz*, 1:17-CR-115.

Entered in Alexandria, Virginia, 19 Oct 17.

/s/
Ivan D. Davis
United States Magistrate Judge